## FIORELLO BELLO
### *vs.*
## HIGH STANDARD MFG. CO.

Superior Court       New Haven County       File No. 65676

MEMORANDUM FILED DECEMBER 27, 1944

*Nathan G. Sachs,* of New Haven, for the Plaintiff.

*Maguire, Walker and Middleton,* of Stamford, for the Defendant.

QUINLAN, J.   Apparently the facts sought by the motion for more specific statement are within the knowledge of the plaintiff and not that of the defendant and in the reasonable preparation of the case are facts which should be disclosed. Moreover, the defendant is a corporation which acts through agents and in these war times, with no assurance as to the time when trial will be had, it is conceivable that the war might end and the defendant, due to a war-end turnover, be at a complete loss to meet the allegations of the complaint.

The motion is granted.